**United States District Court**
**Western District of Kentucky**

# MEMORANDUM



**To:** Devona Riley, #11782-033
Alderson FPC
P.O. Box A A-4
Alderson, WV 24916

**From:** Office of the Clerk

**Date:** August 12, 2016

**Re:** Recent letter in Criminal Action No. 5:09CR-15-TBR-15 (DN 1351)

---

Your recent letter to the Honorable Judge Russell has been forwarded to this Office for a response. You state you "would like to amend USSG Amendment 794 pursuant to USSG 3B1.1 to my appeal [or] file it separate, which ever is best. Let me know." This Office cannot give legal advice as to whether a claim may be amended to your appeal or filed separately. However, please be advised, that any action you wish to take in your appeal must be addressed to the appellate court, *i.e.*, the Sixth Circuit Court of Appeals. The address is:

Sixth Circuit Court of Appeals
Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, Ohio 45202

Should you wish this Court to take action, you must so request by filing a motion stating the relief you seek. Enclosed is this Cout's motion form.

No further action will be taken on your letter.

Enclosure (motion form)
.009